

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Sitting:     Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice
             Jason K. Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing and Reinstatement, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court